**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-6452**

———————

MILFORD WASHINGTON,

        Plaintiff – Appellant,

        v.

ED MILNER, detective of the Alexandria Police Department, in
his official and individual capacity, City of Alexandria; J.
SMITH, Detective of the Stafford County Sheriff's Office, in
his official and individual capacity; LT. KIMMITZ, of the
Stafford County Sheriff's Office, in his individual and
official capacity; S.D.M., 307, Property Clerk of the
Alexandria Police Department, in his or her individual and
official capacity, City of Alexandria; EDWARD SEMONIAN,

        Defendants – Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Rebecca Beach Smith, District
Judge. (2:11-cv-00140-RBS-TEM)

———————

Submitted: July 21, 2011          Decided: July 26, 2011

———————

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Milford Washington, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Milford Washington appeals the district court's judgment dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. See Washington v. Milner, No. 2:11-cv-00140-RBS-TEM (E.D. Va. filed March 15, 2011; entered March 16, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2